BRYAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Aa. R.App. P.; State Farm Mut. Auto. Ins. Co. v. Motley, 909 So.2d 806, 821-22 (Ala.2005); Andrews v. Merritt Oil Co., 612 So.2d 409, 410 (Ala.1992); Lollar v. Lollar, 991 So.2d 758 (Ala.Civ.App.2008); and Diggs v. Diggs, 910 So.2d 1274, 1276-77 (Ala.Civ.App.2005).
The appellee’s request for an attorney’s fee on appeal is denied.
THOMPSON, P.J., and PITTMAN and THOMAS, JJ., concur.
MOORE, J., concurs in part and concurs in the result in part, with writing.